# United States District Court
# For The Western District of North Carolina
# Bryson City Division

JOYCE A. ROGERS,

       Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                         2:11cv58

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/20/2012 Order.

                                                FRANK G. JOHNS, CLERK

                                                Signed: August 20, 2012

_____
Frank G. Johns, Clerk
United States District Court